(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL CRUZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 21, 1977, unanimously affirmed. The order of this court entered on April 24, 1979 is vacated. No opinion. Concur—Fein, J. P., Sullivan, Lane, Lupiano and Ross, JJ.

■ In the Matter of JACK WASSERMAN, an Attorney.—Renewed motion for reinstatement held in abeyance pending report by the Committee on Character and Fitness which committee is directed to report as to respondent's character and fitness to practice law at the present time (22 NYCRR 603.14 [b]). Concur—Murphy, P. J., Fein, Sandler, Markewich and Lupiano, JJ.

(May 15, 1979)

■ GEOFFREY HOWARD, Appellant, v CHRISTIE, MANSON & WOODS LTD., et al., Respondents.—Order, Supreme Court, New York County, entered on February 14, 1978, unanimously affirmed on the opinion of Greenfield, J., at Special Term. Respondents, other than Christie, Manson & Woods, Ltd., and John Doe shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Sullivan, Bloom, Lane and Lupiano, JJ.

■ WM. H. MULLER & CO., INC., Appellant-Respondent, v EAST EUROPE IMPORT EXPORT, INC., Respondent-Appellant.—Order, Supreme Court, New York County, entered May 23, 1978, unanimously affirmed. Defendant's time to comply with all outstanding disclosure requests by plaintiff is extended for a period of 45 days from the date of this order. Plaintiff-appellant-respondent shall recover of defendant-respondent-appellant $75 costs and disbursements of this appeal. No opinion. Concur—Murphy, P. J., Sullivan, Bloom, Lane and Lupiano, JJ.

■ In the Matter of STANLEY ROY ROOT, an Attorney.—Disciplinary proceeding remanded to the Departmental Disciplinary Committee, which is directed to report to this court within 30 days from the date of this court's order with its recommendation as to the continuance of the stay of respondent's suspension from practice pending respondent's retrial. Pending receipt of such report, the stay is continued. Concur—Murphy, P. J., Bloom, Lane, Markewich and Silverman, JJ.